# United States Bankruptcy Court
Eastern District of Michigan

In re LaVette R. Gray,     Case No. 09-67062

Debtor

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 10,490.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 7,184.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 159,337.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,263.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ -3,268.90 |
| TOTAL | | 19 | $ 10,490.00 | $ 166,521.50 | |

# United States Bankruptcy Court
### Eastern District of Michigan

In re  LaVette R. Gray                        ,  
          Debtor

Case No.  09-67062

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,263.00 |
| Average Expenses (from Schedule J, Line 18) | $ 6,531.90 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 4,624.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 159,337.50 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 159,337.50 |

FILED 2009 SEP 11 P 1:35

B 6F (Official Form 6F) (12/07) - Cont.

In re  LaVette R. Gray                        ,                Case No.  09-67062
          Debtor                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 378747481<br><br>IRS<br>KANSAS CITY, MO 64999 | | | 2007 | | | | 5,149.10 |
| ACCOUNT NO. 378747481<br><br>IRS<br>KANSAS CITY, MO 64999 | | | 2008 | | | | 72,923.82 |
| ACCOUNT NO. 08110151 CK<br><br>PRIORITY COMM CREDIT<br>28366 FRANKLIN RD<br>SOUTHFIELD, MI 48034 | | | 08/2009 | | | | 5,856.18 |
| ACCOUNT NO. 57911-0<br><br>MCLAREN MEDICAL MGT<br>401 S BALLANGER<br>FLINT, MI 48532 | | | 06/2009 | | | | 210.46 |
| ACCOUNT NO.<br><br>PEARL MEDICAL GROUP<br>20905 GREENFIELD #406<br>SOUTHFIELD, MI 48075 | | | 2008 | | | | 302.77 |

Sheet no. 3 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 84,442.33

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  LaVette R. Gray                             ,         Case No.  09-67062
         Debtor                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09-65312 <br><br> DM CARE EXPRESS <br> 16032 COLLECTION CTR D <br> CHICAGO, IL 60693 | | | 06/2009 | | | | 150.00 |
| ACCOUNT NO. Z09050720 <br><br> PARKING VIOLATIONS <br> P.O. BOX 2549 <br> DETROIT, MI 48231 | | | 07/2009 | | | | 70.00 |
| ACCOUNT NO. 5178052327754 <br><br> CAPITAL ONE BANK <br> P.O. BOX 60024 <br> CITY OF INDUS, CA 91716 | | | 02/16/2008 | | | | 1,475 |
| ACCOUNT NO. 60949 <br><br> A & G CENTRAL MUSIC <br> 323 E. 11 MILE <br> MADISON HGTS, MI 48071 | | | 09/30/2008 | | | | 148.98 |
| ACCOUNT NO. 906375173 <br><br> ALLSTATE <br> 75 EXECUTIVE PKWY <br> HUDSON, OH 44237 | | | 08/2009 | | | | 712.28 |

Sheet no. 4 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 151,502.50

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re LaVette R. Gray, Case No. 09-67062
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 634770719 <br><br> SPRINT <br> P.O. BOX 4191 <br> CAROL STREAM, IL 60197 | | | 08/2009 | | | | 410.00 |
| ACCOUNT NO. 100011598578 <br><br> CONSUMERS ENERGY <br> LANSING, MI 48937 | | | 08/2009 | | | | 569.00 |
| ACCOUNT NO. 3075329000015 <br><br> DTE ENERGY <br> P.O. BOX 740786 <br> CINCINNATI, OH 45274 | | | 08/2009 | | | | 310.00 |
| ACCOUNT NO. 378747481 <br><br> IRS <br> KANSAS CITY, MO 64999 | | | 2009 | | | | 5,000.00 |
| ACCOUNT NO. 47291-00 <br><br> OAKLAND CO. DRAIN COM <br> 1 PUBLIC WORKS DR 95W <br> WATERFORD, MI 48328 | | | 2009 | | | | 320.00 |

Sheet no. 5 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 6,609.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  LaVette R. Gray , Case No. 09-67062
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 220-0057.300<br><br>BOARD OF WATER<br>P.O. BOX 32711<br>DETROIT, MI 48232 | | | 2009 | | | | |
| ACCOUNT NO. 5312813<br><br>LJ ROSS<br>P.O. BOX 2317<br>ANN ARBOR, MI 48106 | | | 2009 | | | | 385.00 |
| ACCOUNT NO. 6019180053435<br><br>CONSUMER FIANCE<br>P.O. BOX 960061<br>ORLANDO, FL 32896 | | | 2009 | | | | 561.00 |
| ACCOUNT NO. 07035395DAH<br><br>DEPT. OF ADM HEARINGS<br>561 E. JEFFERSON<br>DETROIT, MI 48226 | | | 2007 | | | | 280.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 1,226.00

Total▶  $ 159,337.50
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re LaVette R. Gray_____,  Case No. 09-67062_____
              Debtor                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 548043000212 <br><br> UNION PLUS CREDIT CARD P.O. BOX 5222 CAROL STREAM, IL 60197 | | | 03/2009 | | | | 9,416.08 |
| ACCOUNT NO. 22064085 <br><br> CITY OF DETROIT-TRES 2 WOODWARD AVE -120 DETROIT, MI 48226 | | | 08//15/2009 | | | | 1,892.91 |
| ACCOUNT NO. 000521827 <br><br> CITY OF DETROIT-TRES P.O. BOX 67000 DETROIT, MI 48267 | | | 08/2009 | | | | 5,656.17 |
| ACCOUNT NO. 4621200019934 <br><br> CITI CARD P.O. BOX 688901 DES MOINES, IA 50368 | | | 06/2009 | | | | 12,544.49 |
| ACCOUNT NO. 378747481 <br><br> IRS KANSAS CITY, MO 64999 | | | 2004 | | | | 12,446.66 |

Sheet no. __2__ of __6__ continuation sheets attached        Subtotal➤   $ 41,956.31
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                        Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  LaVette R. Gray                            ,           Case No. 09-67062
              Debtor                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5491130302882 <br><br> AT & T UNIVERSAL CARD <br> P.O. BOX 44167 <br> JACKSONVILLE, FL 32231 | | | 06/02/2009 | | | | 2,799.23 |
| ACCOUNT NO. 5448 <br><br> GE MONEY BANK <br> 950 FORRER BLVD <br> KETTERING, OH 45420 | | | 02/2007 | | | | 532.28 |
| ACCOUNT NO. 884671221 <br><br> ALLIED INTERSTATE <br> P.O. BOX 5023 <br> NEW YORK, NY 10163 | | | 12/2007 | | | | 148.00 |
| ACCOUNT NO. 22064085 <br><br> WAYNE COUNTY TREAS <br> 400 MONROE - 5TH FLOOR <br> DETROIT, MI 48226 | | | 03/2009 | | | | 6,000.00 |
| ACCOUNT NO. 5480430002124 <br><br> NCB MANAGMENT SERV <br> P.O. BOX 1099 <br> LANGHORNE, PA 19047 | | | 02/2009 | | | | 9,141.66 |

Sheet no. 1 of 6 continuation sheets attached                    Subtotal▶    $ 18,621.17
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                  Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  LaVette R. Gray  ,                     Case No.  09-67062
           Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 06917400188 <br> CITY OF DETROIT <br> P.O. BOX 2549 <br> DETROIT, MI 48231-2549 | | | 06/23/2009 | | | | 410.00 |
| ACCOUNT NO. 6035320491223 <br> HOME DEPOT <br> DES MOINES, IA <br> 50364-0500 | | | 01/05/2008 | | | | 2,715.73 |
| ACCOUNT NO. 1257719 <br> MMB <br> P.O. BOX 130 <br> ST. JOHNS, MI 48879-0130 | | | 08/21/2009 | | | | 70.11 |
| ACCOUNT NO. 6019180053435 <br> FIRST SOURCE ADV. LLC. <br> P.O. BOX 628 <br> BUFFALO, NY 14240 | | | 07/22/08 | | | | 793.84 |
| | | | | | | Subtotal▶ | $ 3,989.68 |
| _6_ continuation sheets attached | | | | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |